# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT
"BOBBY" YARBOROUGH, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; STANELY JACOBS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; JAMES
WILLIAMS, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; MARY LEACH WERNER, IN HER
INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT
DAMPP, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; REMY VOISIN STARNS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; FIELDON
KING "KING" ALEXANDER, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; WILLIAM JENKINS,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
TAYLOR PORTER BROOKS & PHILLIPS LLP,
WILLIAM SHELBY MCKENZIE, INDIVIDUALLY;
VICKI CROCHET, INDIVIDUALLY; ROBERT "BOB"
BARTON, INDIVIDUALLY; LESLIE EDWIN "LES"
MILES, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; JOSEPH "JOE" ALLEVA, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; SCOTT
WOODWARD, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; VERGE AUSBERRY, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; MIRIAM
SEGAR, IN HER INDIVIDUAL AND OFFICIAL
CAPACITY; JOHN DOE (1-10) INDIVIDUALLY
AND JANE DOE (10-20) INDIVIDUALLY

NO. 2022 CW 1022

**JANUARY 17, 2023**

---

In Re:   Sharon Lewis, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 708092.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                         **MRT**
                         **WRC**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT